In the Matter of JACOB GRUMET, Fire Commissioner, as Trustee of the Volunteer Firemen's Benevolent Fund, Petitioner-Respondent, against ROBERT W. GOODBODY et al., Respondents, and JAMES McNULTY, as Trustee, and MICHAEL DULK, as Trustee and Treasurer of the Exempt Firemen's Benevolent Fund of the County of Kings, Respondent-Appellant.

Submitted October 17, 1955; decided November 17, 1955.

*Peter Campbell Brown, Corporation Counsel,* for motion.
*Fred G. Moritt* opposed.

Motion granted unless, on or before December 10, 1955, Henry Butecke, one of the fund trustees, applies for an order substituting him as appellant in place of Michael Dulk, the only appellant herein, who died since the appeal was taken to the Court of Appeals (Civ. Prac. Act, § 557, subd. 2; § 579).